Certificate Number: 05781-MIE-DE-041679417

Bankruptcy Case Number: 25-31417

05781-MIE-DE-041679417

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 15, 2026, at 2:38 o'clock PM PST, Amanda Kosakowski completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: November 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President